UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DASHUAN OUTLAW,

                                Plaintiff,

                -v-

CITY OF NEW YORK, *et al.*,

                                Defendants.

22 Civ. 9288 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 23, 2023, the Court stayed the above-captioned case until May 8, 2023. Dkt. 10. In response to an inquiry from the Court's docketing function, the stay in this case, per the terms of the order at docket 10, expired on May 8, 2023. The Court directs the Clerk of Court to lift the stay, effective May 8, 2023.

On August 14, 2023, the Court extended the parties' deadline for mediation. Dkt. 13. The Court directs counsel to file a joint update on the status of the above-captioned case on September 30, 2023.

SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: August 28, 2023
           New York, New York