UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHAUN OUTLAW,

                                    Plaintiff,

                    -v-

CITY OF NEW YORK & JOHN DOES 1–10,

                                    Defendants.

22 Civ. 9288 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 4, 2023, plaintiff filed a letter notifying the Court that the "Marley" mentioned in the Complaint is the "Christopher Jones" that defendant identified in the joint letter filed on September 29, 2023.  In the joint letter, defendant explains that "there is also a sealed record that may be relevant as to why police apprehended Christopher Jones on December 31, 2021."  Dkt. 15 at 3.  The Court requests the parties confer and submit a proposed draft order, directing the appropriate entities to unseal the relevant records related to the police apprehension of Christopher Jones on December 31, 2021, and later prosecution of Christopher Jones by the New York County District Attorney's Office.  The parties should submit a proposed draft order by October 19, 2023.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 5, 2023
       New York, New York