UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DASHAUN OUTLAW,

                              Plaintiff,

                  -against-

THE CITY OF NEW YORK,
JOHN DOES 1-10,
in their individual and official capacities

                             Defendants.

------------------------------------------------------------------x

**UNSEALING ORDER**

22 Civ. 9288 (PAE)

      **WHEREAS**, Plaintiff seeks documents pertaining to the alleged entry and search of his apartment (2101 Madison Avenue, Apt. 2A, New York, NY), and his detention therein, on December 31, 2021;

      **WHEREAS**, the alleged December 31, 2021 search and seizure of Plaintiff is the subject of the above-captioned litigation;

      **WHEREAS**, upon information and belief, a third-party named Christopher Jones was arrested at 2101 Madison Avenue, New York, New York on December 31, 2021;

      **WHEREAS**, in order to facilitate the investigation of plaintiff's claims, the City of New York, through the Office of Corporation Counsel, now seeks to obtain and disclose to plaintiff's counsel, on a confidential basis, all documents in the possession of the New York City Police Department and/or the New York County District Attorney's Office relating to and arising out of Christopher Jones' December 31, 2021 arrests (including but not limited to (1) Arrest No. M21642304 associated with NYPD

1

Complaint No. 2021-032-007911 and (2) Arrest Number M21642301 associated with NYPD Complaint No. 2021-025-007876);

**WHEREAS**, this information may be subject to New York Criminal Procedure Law §§ 160.50 and 160.55 and may also contain other sensitive information concerning non-parties to this action;

**IT IS HEREBY ORDERED** that the City of New York, through the Office of Corporation Counsel, may obtain from the New York City Police Department and/or New York County District Attorney's Office all documents relating to and arising out of Christopher Jones' December 31, 2021 arrests (including but not limited to (1) Arrest No. M21642304 associated with NYPD Complaint No. 2021-032-007911 and (2) Arrest Number M21642301 associated with NYPD Complaint No. 2021-025-007876); and

**IT IS HEREBY ORDERED** that the City of New York, through the Office of Corporation Counsel, shall disclose all aforementioned documents subject to redactions of personal identifying information and any applicable privileges; and

**IT IS FURTHER ORDERED** that the aforementioned records shall be deemed "Confidential Materials" pursuant to the terms of the protective order that is in effect under the SDNY Local Rule 83.10 and shall be restricted to use in the above-entitled civil rights action.

**SO ORDERED.**

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer
United States District Judge

DATED:   New York, New York
         October 18, 2023

2