**CYRUS JOUBIN, ESQ.**
43 West 43rd Street, Suite 119 – New York, NY 10036
347-223-4296 (office); 703-851-2467 (cell)
718-228-7679 (fax)
joubinlaw@gmail.com

---

April 25, 2024

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:  <u>Dashaun Outlaw v. City of New York, et al.</u>, 22 cv 9288 (PAE)

Dear Judge Engelmayer:

      As Plaintiff's counsel in this matter, I respectfully write to seek the Court's leave to serve a *Touhy* request and subpoena upon the United States Marshals Service ("USMS").  Defendant City consents to this request.  Because an initial conference has not been held and formal discovery not yet begun, Plaintiff requires the Court's leave before seeking such limited discovery.  In this case, Plaintiff's *Touhy* request / subpoena asks for all USMS documents pertaining to the apprehension of Christopher Jones (a wanted, third-party individual) on December 31, 2021.  The Fourth Amendment violations Plaintiff alleges in this lawsuit involve USMS members – specifically, from the Regional Fugitive Task Force – acting alongside NYPD officers in apprehending Christopher Jones on that date.  Through this *Touhy* request, Plaintiff seeks to learn the identities of all law enforcement officers who entered his apartment on December 31, 2021 so that he can accurately and timely amend the complaint to name them.

      Thank you for your time and attention to this matter.

      Respectfully submitted,

_____
Cyrus Joubin, Esq.
Attorney for Plaintiff

Granted.

*/s/ Paul A. Engelmayer*
_____
**PAUL A. ENGELMAYER**
United States District Judge
April 29, 2024.

1