UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DASHAUN OUTLAW,

                    Plaintiff,

    -v-

CITY OF NEW YORK ET AL.,

                    Defendants.

22 Civ. 9288 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The declaration and accompanying exhibits at Docket 48 shall be maintained under seal, but available to both parties and not *ex parte*.

SO ORDERED.

                                                 *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: October 10, 2024
        New York, New York